## HOBDY v. THE STATE.

(Decided January 30, 1917.)

APPEAL from Pike Circuit Court.
Heard before Hon. H. A. PEARCE.
E. R. BRANNEN, for appellant. W. L. MARTIN, Attorney General.
BROWN, J.—No bill of exceptions and no error of record. Affirmed.

---

## KEELING v. THE STATE.

(Decided January 30, 1917.)

APPEAL from Gadsden City Court.
Heard before Hon. JAMES A. BILBRO.
No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.
Per curiam. Appeal dismissed.

---

## KELLY v. CHARLES AREY DISTILLING CO.

(Decided February 1, 1917.)

APPEAL from Russell Circuit Court.
Heard before Hon. J. S. WILLIAMS.
No counsel marked for either party.
Per curiam. Appeal dismissed for want of prosecution.

---

## BRYANT v. WALKER, SUPT.

(Decided August 1, 1916.)

APPEAL from Birmingham City Court.
Heard before Hon. H. A. SHARPE.
C. C. NESMITH, for appellant. COLEMAN & COLEMAN, for appellee.
PELHAM, P. J.—Affirmed on authority of *Walker, Supt., v. McCrary Co.*, 197 Ala. 638, 73 South. 342.